ROBERT J. SCHWARTZ (CSB# 254778)
TRI-VALLEY CARES
2582 Old First St.
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177

*Attorney for Plaintiff*
TRI-VALLEY CARES

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CAREs,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. 08-cv-05408-SC<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff, TRI-VALLEY CARES herby substitutes counsel as follows:

1. **Former legal representative:**
   Robert J. Schwartz (CSB# 254778)
   E-mail: rob@trivalleycares.org
   Tri-Valley CAREs
   2582 Old First St.
   Livermore, California 94551
   Telephone:(925) 443-7148

2. **New legal representative**:
   Scott J. Yundt (CSB#242595)
   E-mail: scott@trivalleycares.org
   Tri-Valley CAREs
   2582 Old First St.
   Livermore, CA 94551
   Telephone: (925)-443-7148

3. The party making this substitution is Tri-Valley CAREs.

4. I consent to this substitution on behalf of Tri-Valley CAREs.

Dated: October 6, 2009      _Robert J. Schwartz_        _[signature]_
                              (Print Name)                (Signature of Party)

5. I consent to this substitution.

Dated: October 6, 2009      _[signature]_
                            Robert J. Schwartz (CSB# 254778)
                            Tri-Valley CAREs
                            2582 Old First St.
                            Livermore, California 94551
                            Telephone:    (925) 443-7148
                            (former attorney)

| | |
|---|---|
| 1 | 6. I am duly admitted to practice in this District and accept this substitution. |
| 2 | |
| 3 | Dated: October 6, 2009 |

*signature*

Scott J. Yundt
Tri-Valley CAREs
2582 Old First St.
Livermore, CA 94551
Telephone: (925)-443-7148

(new attorney)

**Substitution of Attorney is hereby approved**

Date: __October 8__, 2009

*IT IS SO ORDERED*
*/s/ Samuel Conti*
Judge Samuel Conti
UNITED STATES DISTRICT JUDGE