1  ROBERT J. SCHWARTZ (CSB# 254778)
   TRI-VALLEY CARES
2  2582 Old First St.
   Livermore, California 94551
3  Telephone:    (925) 443-7148
   Facsimile:    (925) 443-0177
4
   *Attorney for Plaintiff*
5  TRI-VALLEY CARES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | TRI-VALLEY CAREs,

11 |             Plaintiffs,              Case No. 08-cv-05408-SC

12 |   v.                                **SUBSTITUTION OF ATTORNEY**

13 | UNITED STATES DEPARTMENT OF
   | ENERGY and NATIONAL NUCLEAR
14 | SECURITY ADMINISTRATION,

15 |             Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES

2   HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3   PLEASE TAKE NOTICE that plaintiff, TRI-VALLEY CARES herby substitutes counsel as

4   follows:

5   1.   **Former legal representative:**
    Robert J. Schwartz (CSB# 254778)

6   E-mail: rob@trivalleycares.org
    Tri-Valley CAREs

7   2582 Old First St.
    Livermore, California 94551

8   Telephone:(925) 443-7148

9
10  2.   **New legal representative**:
    Scott J. Yundt (CSB#242595)

11  E-mail: scott@trivalleycares.org
    Tri-Valley CAREs

12  2582 Old First St.
    Livermore, CA 94551

13  Telephone: (925)-443-7148

14  3.   The party making this substitution is Tri-Valley CAREs.

15  4.   I consent to this substitution on behalf of Tri-Valley CAREs.

16

17  Dated: October 6, 2009        _Robert J. Schwartz_          _[signature]_

18                                 (Print Name)                  (Signature of Party)

19  5.   I consent to this substitution.

20

21  Dated: October 6, 2009        _[signature]_
                                   Robert J. Schwartz (CSB# 254778)

22                                 Tri-Valley CAREs
                                   2582 Old First St.

23                                 Livermore, California 94551
                                   Telephone:    (925) 443-7148

24                                 (former attorney)

25

26

27

28

SUBSTITUTION OF ATTORNEY              -2-              CASE NO. 08-CV-05408-SC

1    6.    I am duly admitted to practice in this District and accept this substitution.

2

3    Dated: October 6, 2009

4                                              Scott J. Yundt
                                               Tri-Valley CAREs
5                                              2582 Old First St.
                                               Livermore, CA 94551
6                                              Telephone: (925)-443-7148

7                                              (new attorney)

8    **Substitution of Attorney is hereby approved**

9
     Date:_____October 8_____, 2009
10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY                    -3-                    CASE NO. 08-CV-05408-SC