TONY WEST
Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants United States Department of
Energy and National Nuclear Security Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION, <br><br> Defendants. | No. C 08-5408 SC <br><br> **STIPULATION TO EXTEND FURTHER STATUS CONFERENCE; and [PROPOSED] ORDER** |

The Plaintiff, by and through its attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to extend the further status conference in this case, currently scheduled for December 4, 2009, to February 19, 2010, based on the

following:

1. On March 20, 2009, the Court scheduled a further status conference for December 4, 2009.

2. Assistant U.S. Attorney Ila Deiss, an attorney for the Defendants, is unavailable due to a mandatory office-wide meeting scheduled for December 4, 2009.

Therefore, the parties respectfully ask this Court to re-schedule the further status conference to February 19, 2010.

Dated: November 23, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ Isaac R. Campbell

ISAAC R. CAMPBELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Telephone: (202) 616-8476
E-mail: isaac.campbell@usdoj.gov

Attorneys for Defendants

 /s/ Scott J. Yundt
SCOTT J. YUNDT

Attorney for Plaintiff

## ORDER

Based on the foregoing, the further status conference is reset to **February 19, 2010** at 10:00 a.m..

Dated: 11/23/09

SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

Stipulation to Extend Further CMC
C 08-5408 SC

2