TONY WEST
Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBEL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7124
    Facsimile:  (415) 436-6748
    Email:  ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION, <br><br> Defendants. | No. C 08-05408 SC <br><br> **STIPULATION TO EXTEND FURTHER STATUS CONFERENCE; and [PROPOSED] ORDER** <br><br> CMC Date: February 19, 2010 |

    The Plaintiff, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate in accordance with Civ. L. Rule 6-2, to extend the further status conference in this case, currently scheduled for February 19, 2010, to March 19, 2010, based on the following:

    1. The basis asserted by Plaintiff for this Court's jurisdiction is under the Freedom of

Stipulation to Extend Further CMC
C 08-5408 SC

Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. On March 20, 2009, the Court scheduled a further status conference for December 4, 2009.

3. Due to the attorney for the Defendants' unavailability on that day, the parties asked that the further status conference be reset to February 19, 2010.

4. Defendants' final FOIA disclosures were sent to Plaintiff on February 5, 2010, and Plaintiff just received them on February 12, 2010.

5. In order to give Plaintiff a chance to review the final disclosures and determine if an appeal of the redactions and the completeness of the production is necessary, and for the parties to attempt to narrow the scope of the litigation, and find dates for cross-motions for summary judgment to propose to the Court, the parties respectfully ask for a 30-day extension of time for the further case management conference, to March 19, 2010.

6. There has been only one previous joint extension request and this request is not for the purposes of delay.

///
///
///

|   |   |   |
|---|---|---|
| 1 | 7.  The parties understand that any further requests to change time will be disfavored. | |
| 2 | Therefore, the parties respectfully ask this Court to re-schedule the further status | |
| 3 | conference to March 19, 2010, with a case management statement one week prior. | |

Dated: February 12, 2010                                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: February 12, 2010                                _____/s/_____
SCOTT J. YUNDT
Attorney for Plaintiff

## ORDER

Based on the foregoing, the further status conference is reset to **March 19, 2010** at 10:00 a.m., with a Case Management Statement due one week prior.

Dated:   February 16, 2010

_____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*