1  TONY WEST
   Assistant Attorney General
2  JOHN R. TYLER
   ISAAC R. CAMPBEL
3  United States Department of Justice
   Civil Division, Federal Programs Branch
4  20 Massachusetts Avenue, NW, Room 6130
   Washington, D.C. 20530
5  Tel: (202) 616-8476
   Fax: (202) 616-8460
6
   JOSEPH P. RUSSONIELLO (SBN 44332)
7  United States Attorney
   JOANN M. SWANSON (SBN 88143)
8  Chief, Civil Division
   ILA DEISS (NYSBN 3052909)
9  Assistant United States Attorney

10     450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
11     Telephone:   (415) 436-7124
       Facsimile:   (415) 436-6748
12     Email:       ila.deiss@usdoj.gov

13 Attorneys for Defendants

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 TRI-VALLEY CARES,                    )   No. C 08-05408 SC
                                        )
18              Plaintiff,              )
                                        )   **STIPULATION TO EXTEND**
19         v.                           )   **FURTHER STATUS CONFERENCE;**
                                        )   **and [PROPOSED] ORDER**
20 UNITED STATES DEPARTMENT OF          )
   ENERGY and NATIONAL NUCLEAR          )   CMC Date: February 19, 2010
21 SECURITY ADMINISTRATION,             )
                                        )
22              Defendants.             )
                                        )
23

24      The Plaintiff, by and through their attorney of record, and Defendants, by and through

25 their attorneys of record, hereby stipulate in accordance with Civ. L. Rule 6-2, to extend the

26 further status conference in this case, currently scheduled for February 19, 2010, to March 19,

27 2010, based on the following:

28      1. The basis asserted by Plaintiff for this Court's jurisdiction is under the Freedom of

Stipulation to Extend Further CMC
C 08-5408 SC

1  Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2      2. On March 20, 2009, the Court scheduled a further status conference for December 4,
3  2009.

4      3. Due to the attorney for the Defendants' unavailability on that day, the parties asked
5  that the further status conference be reset to February 19, 2010.

6      4. Defendants' final FOIA disclosures were sent to Plaintiff on February 5, 2010, and
7  Plaintiff just received them on February 12, 2010.

8      5. In order to give Plaintiff a chance to review the final disclosures and determine if an
9  appeal of the redactions and the completeness of the production is necessary, and for the parties
10 to attempt to narrow the scope of the litigation, and find dates for cross-motions for summary
11 judgment to propose to the Court, the parties respectfully ask for a 30-day extension of time for
12 the further case management conference, to March 19, 2010.

13     6. There has been only one previous joint extension request and this request is not for the
14 purposes of delay.

15 ///
16 ///
17 ///

7. The parties understand that any further requests to change time will be disfavored.

Therefore, the parties respectfully ask this Court to re-schedule the further status conference to March 19, 2010, with a case management statement one week prior.

Dated: February 12, 2010                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: February 12, 2010                    _____/s/_____
SCOTT J. YUNDT
Attorney for Plaintiff

## ORDER

Based on the foregoing, the further status conference is reset to **March 19, 2010** at 10:00 a.m., with a Case Management Statement due one week prior.

Dated: February 16, 2010

SAMUEL CONTI
United States District Judge

IT IS SO ORDERED