TONY WEST
Assistant Attorney General
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460


JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION, <br><br> Defendants. | No. C 08-5408 SC <br><br> **STIPULATION TO BRIEFING;** and [~~Proposed~~] **ORDER** <br><br> Date: July 23, 2010 <br> Time: 10:00 a.m. |

    Plaintiff, Tri-Valley Cares, and defendants, the United States Department of Energy ("DOE"), and the National Nuclear Security Administration ("NNSA"), by and through their counsel of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule in this Freedom of Information Act (FOIA) case:

    1. On March 17, 2010, the Court vacated the case management conference scheduled for

Stipulation to Briefing
C 08-5408 SC

1 | March 19, 2010.
2 | 2. The parties believe this case can be resolved through cross-motions for summary judgment,
3 | in which plaintiff would file its motion first given plaintiff's intent to challenge as of yet
4 | unidentified agency redactions and its pattern and practice claim.
5 | 3. Accordingly, the parties respectfully ask this Court to set the briefing schedule on the
6 | parties' cross-motions for summary judgment as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | April 16, 2010. |
| Defendants' Cross-Motion and Opposition: | May 17, 2010 |
| Plaintiff's Cross-Opposition and Reply: | June 16, 2010 |
| Defendants' Reply: | July 1, 2010 |
| Hearing: | **July 23, 2010 at 10:00 a.m.** |

Dated: March 18, 2010                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


ISAAC CAMPBELL
Trial Attorney
United States Department of Justice

Dated: March 18, 2010                    _____/s/_____
SCOTT J. YUNDT
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Date: 3/18/10

_____
SAMUEL CONTI
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

Stipulation to Briefing
C 08-5408 SC                              2