```
1  TONY WEST
   Assistant Attorney General
2  ISAAC R. CAMPBELL
   United States Department of Justice
3  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, Room 6130
4  Washington, D.C.  20530
   Tel: (202) 616-8476
5  Fax: (202) 616-8460

6
   JOSEPH P. RUSSONIELLO, CSBN 44332
7  United States Attorney
   JOANN M. SWANSON, CSBN 88143
8  Assistant United States Attorney
   Chief, Civil Division
9  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
10
       450 Golden Gate Avenue, Box 36055
11     San Francisco, California 94102
       Telephone: (415) 436-7124
12     FAX: (415) 436-7169

13 Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, | ) No. C 08-5408 SC |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO BRIEFING;** and<br>) [~~Proposed~~] **ORDER** |
| UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION, | ) <br>) Date: July 23, 2010<br>) Time: 10:00 a.m. |
| Defendants. | ) |

    Plaintiff, Tri-Valley Cares, and defendants, the United States Department of Energy ("DOE"), and the National Nuclear Security Administration ("NNSA"), by and through their counsel of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule in this Freedom of Information Act (FOIA) case:

    1. On March 17, 2010, the Court vacated the case management conference scheduled for

Stipulation to Briefing
C 08-5408 SC

1  March 19, 2010.

2     2. The parties believe this case can be resolved through cross-motions for summary judgment,

3  in which plaintiff would file its motion first given plaintiff's intent to challenge as of yet

4  unidentified agency redactions and its pattern and practice claim.

5     3. Accordingly, the parties respectfully ask this Court to set the briefing schedule on the

6  parties' cross-motions for summary judgment as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | April 16, 2010. |
| Defendants' Cross-Motion and Opposition: | May 17, 2010 |
| Plaintiff's Cross-Opposition and Reply: | June 16, 2010 |
| Defendants' Reply: | July 1, 2010 |
| Hearing: | **July 23, 2010 at 10:00 a.m.** |

Dated: March 18, 2010        Respectfully submitted,

                  JOSEPH P. RUSSONIELLO
                  United States Attorney

                  _____/s/_____
                  ILA C. DEISS
                  Assistant United States Attorney
                  Attorney for Defendants

                  ISAAC CAMPBELL
                  Trial Attorney
                  United States Department of Justice

Dated: March 18, 2010        _____/s/_____
                  SCOTT J. YUNDT
                  Attorney for Plaintiff

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED.

Date: 3/18/10

                  _____
                  SAMUEL CONTI
                  United States District Judge