1  TONY WEST
   Assistant Attorney General
2  ISAAC R. CAMPBELL
   United States Department of Justice
3  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, Room 6130
4  Washington, D.C. 20530
   Tel: (202) 616-8476
5  Fax: (202) 616-8460

6

7  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
   JOANN M. SWANSON, CSBN 88143
8  Assistant United States Attorney
   Chief, Civil Division
9  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
10
         450 Golden Gate Avenue, Box 36055
11       San Francisco, California 94102
         Telephone: (415) 436-7124
12       FAX: (415) 436-7169

13 Attorneys for Defendants

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 TRI-VALLEY CARES, | ) | No. C 08-5408 SC |
| 18 | ) ) | |
| 19 Plaintiff, | ) ) | **STIPULATION TO BRIEFING;** and <s>[Proposed]</s> **ORDER** |
| 20 v. | ) ) ) | |
| 21 UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR | ) ) ) | Date: July 23, 2010 |
| 22 SECURITY ADMINISTRATION, | ) ) | Time: 10:00 a.m. |
| 23 | ) ) | |
| 24 Defendants. | ) ) | |

25       Plaintiff, Tri-Valley Cares, and defendants, the United States Department of Energy ("DOE"),
26  and the National Nuclear Security Administration ("NNSA"), by and through their counsel of
27  record, hereby stipulate, subject to the approval of the Court, to the following:
28

Stipulation to Briefing
C 08-5408 SC

1. On March 18, 2010, the Court set a schedule for the parties in which the initial round of summary judgment briefing was set to begin on April 16, 2010.

2. The parties have subsequently discovered possible avenues for settlement, which if successful, would obviate the need for further litigation.

3. The parties seek a 90-day period to attempt to settle this matter, and respectfully request that the Court move the current briefing schedule and hearing date forward accordingly.

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | July 15, 2010. |
| Defendants' Cross-Motion and Opposition: | August 16, 2010 |
| Plaintiff's Cross-Opposition and Reply: | September 15, 2010 |
| Defendants' Reply: | October 7, 2010 |
| Hearing: | October 22, 2010 at 10:00 a.m. |

Dated: April 15, 2010                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

ISAAC CAMPBELL
Trial Attorney
United States Department of Justice

Dated: April 15, 2010                    _____/s/_____
SCOTT J. YUNDT
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Date: 4/20/10

SAMUEL
United Sta

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Briefing
C 08-5408 SC                        2