Scott J. Yundt (CSB #242595)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94550
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: scott@trivalleycares.org
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL NUCLEAR SECURITY ADMINISTRATION, an agency of the U.S. Department of Energy,<br><br>    Defendant. | Case No. 08-5408-SC<br><br>**STIPULATION TO BRIEFING;** and [**Proposed**] **ORDER**<br><br>Date:   November 19, 2010<br>Time:  10:00 a.m. |

    Plaintiff, Tri-Valley Cares, and defendants, the United States Department of Energy ("DOE"), and the National Nuclear Security Administration ("NNSA"), by and through their counsel of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. On April 20, 2010, the Court set a supplemental briefing schedule for the parties in which the initial round of summary judgment briefing was set to begin on July 15, 2010.

    2. The parties have been engaged in settlement discussions and have narrowed the areas of contention to the issue of attorney's fees.

    3. The parties seek a 30-day period to attempt to settle this matter, and respectfully request that the Court move the current briefing schedule and hearing date forward accordingly.

    Plaintiff's Motion for Summary Judgment:     August 16, 2010

| | | |
|---|---|---|
| 1 | Defendants' Cross-Motion and Opposition: | September 15, 2010 |
| 2 | Plaintiff's Cross-Opposition and Reply: | October 15, 2010 |
| 3 | Defendants' Reply: | November 5, 2010 |
| 4 | Hearing: | November 19, 2010 at 10:00 a.m. |

Dated: July 13, 2010

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

ISAAC CAMPBELL
Trial Attorney
United States Department of Justice

Dated: July 14, 2010

_____/s/_____
SCOTT J. YUNDT
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Date: 7/19/10

_____
SAMUEL C. CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*