TONY WEST
Assistant Attorney General
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C.  20530
Tel: (202) 616-8476
Fax: (202) 616-8460

MELINDA HAAG CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
    ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, | ) No. C 08-5408 SC |
| | ) |
|     Plaintiff, | ) **STIPULATION TO VACATE DATES;** |
| | ) **and [Proposed] ORDER** |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| ENERGY and NATIONAL NUCLEAR | ) Date: November 19, 2010 |
| SECURITY ADMINISTRATION, | ) Time: 10:00 a.m. |
| | ) |
|     Defendants. | ) |

///

///

Stipulation to Vacate Briefing
C 08-5408 SC

1    Plaintiff, Tri-Valley Cares, and defendants, the United States Department of Energy ("DOE"), and the National Nuclear Security Administration ("NNSA"), by and through their counsel of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. On April 20, 2010, the Court set a supplemental briefing schedule for the parties in which the initial round of summary judgment briefing was set to begin on July 15, 2010.

    2. Since that time, the parties have been engaged in settlement discussions and narrowed the areas of contention to the issue of attorney's fees.

    3. On or about August 11, 2010, the parties reached a tentative agreement on attorneys' fees and intend to resolve this case without further litigation.

    4. In this case, the process of finalizing a settlement agreement with the government requires final approval by a certain component of the U.S. Department of Justice. This final approval process can only begin after the terms of a settlement agreement between the parties has been completed and finalized.

    5. The parties now respectfully request that the Court terminate summary judgement briefing and allow defendants time to seek the aforementioned final approval of the tentative settlement agreement. Accordingly, the parties request that the current briefing schedule, in which plaintiff is set to begin the initial round of summary judgment on August 16, 2010, be vacated and that the November 19, 2010 hearing date be vacated.

///
///
///
///

6. Additionally, the parties respectfully request a status conference with the Court on November 19, 2010, at 10:00am.

.

Dated: August 16, 2010          Respectfully submitted,

MELINDA HAAG
United States Attorney

                              /s/
ISAAC CAMPBELL
Trial Attorney
United States Department of Justice

ILA C. DEISS
Assistant United States Attorney

Attorneys for Defendants

Dated: August 16, 2010                    /s/
SCOTT J. YUNDT
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. A further case management conference is set for **November 19, 2010 at 10:00 am.** Should the parties resolve this matter prior to that date, a stipulation to dismiss shall be promptly filed and the case management conference vacated.

Date:   August 24, 2010
                                  _____
                                  SAMUEL CONTI
                                  United States District Judge

Stipulation to Vacate Briefing
C 08-5408 SC                      3