TONY WEST
Assistant Attorney General
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C.  20530
Tel: (202) 616-8476
Fax: (202) 616-8460

MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br><br>ENERGY and NATIONAL NUCLEAR<br><br>SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. 08-5408-SC<br><br>**SETTLEMENT AGREEMENT AND [PROPOSED] ORDER** |

In consideration of the terms set forth in this Settlement Agreement and the covenants and conditions contained herein (the "Agreement"), Plaintiff Tri-Valley CAREs (the "Plaintiff") and Defendants U.S. Department of Energy and National Nuclear Security Administration

(collectively, the "Defendants"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, between May 24, 2007 and July 2, 2008, Plaintiff submitted to Defendants six separate Freedom of Information Act ("FOIA") requests;

WHEREAS, to date, Defendants have provided final responses to each of Plaintiff's FOIA requests;

WHEREAS, after good-faith negotiations, Plaintiff and Defendants (collectively, the "Parties") have agreed to resolve this matter upon the terms, and subject to the conditions, set forth in this Agreement.

IT IS HEREBY AGREED AS FOLLOWS:

1.  The Parties agree that the above-entitled action shall be dismissed with prejudice upon the Court's execution of the proposed order in exchange for Defendants' agreement to pay Plaintiff reasonable attorney fees in the amount of twenty thousand dollars and no cents ($20,000.00). Payment shall be made as soon as practicable after the Court's execution of the order dismissing this action by transmitting an Electronic Funds Transfer ("EFT") or by a check payable to the Tri-Valley CAREs at the address set forth below:

> Tri-Valley CAREs
> 2582 Old First Street
> Livermore, California 94551

This payment shall constitute the full and final satisfaction of any and all of Plaintiff's claims for attorney's fees, costs, and litigation expenses that could have been brought in the above-captioned matter, and is inclusive of any interest.

2.  The Parties agree that upon the execution of this Agreement, Plaintiff hereby releases and forever discharges Defendants, and its successors, the United States of America, and any department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts or could have asserted in this litigation, or which hereinafter could be asserted by

reason of, with respect to, or in connection with, or which arises out of, any of the matters alleged in the Complaint in this action.

3. The Parties acknowledge that this Agreement is entered solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as an admission by any party of the truth of any allegation or the validity of any claim asserted in this action.  This Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

4. The Parties agree that this Court shall retain jurisdiction over this matter solely for the purposes of resolving any dispute arising out of, relating to, or alleging a breach of this Agreement.

Dated this 9th day of November, 2010

 /s/ Scott Yundt                      /s/ Isaac R. Campbell
SCOTT YUNDT                           ISAAC R. CAMPBELL
Staff Attorney                        Trial Attorney
Tri-Valley CARES                      U.S. Department of Justice, Civil Div.

Attorney for Plaintiff                Attorney for Defendants

### ORDER

The parties having resolved all issues relating to the payment of attorney's fees and costs arising in this litigation, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

In light of the foregoing Agreement, IT IS HEREBY ORDERED that the November 19, 2010 further case management conference scheduled in this action is vacated.

.

DATED: _____November 9___, 2010    _____
                                      Honorable
                                      *[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]*

SETTLEMENT AGREEMENT - 3
Case No. 08-5408-SC